# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Felix Cano-Bruno,<br>a.k.a.: Felix Dano Bruno,<br>a.k.a.: Felix Cano Bruno,<br>(A 201 024 665)<br>*Defendant* | Case No. 17-462 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Felix Cano-Bruno, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about July 5, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 24, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2017, while the Phoenix ICE at-large apprehension teams were conducting Operation Cross Check, Phoenix ICE agents encountered Felix Cano-Bruno during a vehicle stop at or near the intersection of Central Avenue and Broadway Road, in Phoenix, Arizona. At the scene, ICE Officer D. McNeill interviewed Felix Cano-Bruno and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Cano-Bruno was transported to the Phoenix ICE office for further investigation and processing. Cano-Bruno was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Felix Cano-Bruno to be a citizen of Mexico and a previously deported criminal alien. Cano-Bruno was removed from the United States to Mexico through El Paso, Texas, on or about July 5, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Cano-Bruno in any Department of Homeland Security database to suggest

that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cano-Bruno's immigration history was matched to him by electronic fingerprint comparison.

4. On October 23, 2017, Felix Cano-Bruno was advised of his constitutional rights. Cano-Bruno freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2017, Felix Cano-Bruno, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about July 5, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge

2